QUIN DENVIR, Bar #49374
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-05-462 LKK |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| RICHARD KLATT, ) | |
| ) | Date:  December 13, 2005 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Lawrence K. Karlton |
| _____ ) | |

    Plaintiff United States of America, by its counsel, Executive Assistant United States Attorney Carolyn Delaney, and defendant Richard Klatt, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference calendered for November 15, 2005 should be continued to December 13, 2005 at 9:30 a.m..

    The defendant requires additional time in which to review the discovery and discuss it with defendant.

    The parties agree that time should be excluded through December 13, 2005 under Local  Rule T-4.

1 | Dated: November 14, 2005

2 | Respectfully submitted,

3 | QUIN DENVIR
  | Federal Defender

4 |

5 | /s/Quin Denvir
  | _____
6 | Attorney for Defendant
  | RICHARD KLATT

7 |

8 | Dated: November 14, 2005

9 | MCGREGOR W. SCOTT
  | United States Attorney

10 |

11 | /s/ Quin Denvir
   | _____
12 | CAROLYN DELANEY
   | Executive Assistant U.S. Attorney
13 | per telephonic authorization

14 |

15 | **O R D E R**

16 | FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

17 | Dated: November 14, 2005

18 | /s/ Lawrence K. Karlton
   | LAWRENCE K. KARLTON
19 | Senior U.S. States District Judge