FILED
November 10, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-05-0462 LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RICHARD KLATT, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD KLATT, Case No. CR S-05-0462 LKK, Charge 18 USC § 922 (g)(1); 21 USC § 841 (a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ _Approx. #27,000 secured by three DMV pink slips to vehicles._

___   Unsecured Appearance Bond $ _____

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other) _Pretrial Services Supervision with conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 10, 2005 at 3:45 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal