QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD KLATT,<br><br>　　　　　Defendant.<br>_____ | No. CR. S-05-462 LKK<br><br>**STIPULATION AND ORDER**<br><br>Date:　December 13, 2005<br>Time:　9:30 a.m.<br>Judge:　Hon. Lawrence K. Karlton |

　　　　Plaintiff United States of America, by its counsel, Executive Assistant United States Attorney Carolyn Delaney, and defendant Richard Klatt, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendered for December 13, 2005 should be continued to January 31, 2006 at 9:30 a.m. and that time should be excluded through that date under Local Code T-4.

　　　　The defense has requested additional discovery, which the government is responding to. In addition, Mr. Klatt underwent surgery on November 28, 2005 for a failed fusion in his neck at the C6-7

1  level, following previous cervical surgery.  He will be in post-operative
2  treatment for 12-16 weeks, wearing a cervical collar for 6 weeks after
3  surgery and unable to ride in a car except to go to and from medical
4  appointments.  In addition, he is scheduled to be re-evaluated on January
5  5, 2006 for possible surgery on his lower back in the lumbar area.
6  Counsel requires additional time in which to review the discovery with
7  defendant and discuss possible offenses.  The parties also require
8  additional time in which to discuss a possible resolution of the matter.

Dated:  December 9, 2005         Respectfully submitted,


                                 /s/Quin Denvir
                                 QUIN DENVIR
                                 Federal Defender

                                 Attorney for Defendant
                                 RICHARD KLATT


                                 MCGREGOR  W. SCOTT
                                 United States Attorney


December 9, 2005                 /s/ Quin Denvir
                                 Telephonically authorized to sign for
                                 CAROLYN DELANEY
                                 Executive Assistant U.S. Attorney



**O R D E R**

     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


Dated:  December 12, 2005        /s/ Lawrence K. Karlton
                                 LAWRENCE K. KARLTON
                                 Senior United States District Judge