1  DENNIS WAKS, Bar No. 142581
   Acting Federal Defender
2  NED SMOCK, Bar No. 236238
   801 I Street, Third Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  RICHARD KLATT

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,        )   No. CR. S-05-462 LKK
13                                  )
                 Plaintiff,         )
14                                  )   **STIPULATION AND**
        v.                          )   **ORDER**
15                                  )
   RICHARD KLATT,                   )
16                                  )   Date:  January 31, 2006
                 Defendant.         )   Time:  9:30 a.m.
17                                  )   Judge: Hon. Lawrence K. Karlton
   _____  )
18

19         Plaintiff United States of America, by its counsel,
20  Executive Assistant United States Attorney Carolyn Delaney, and
21  defendant Richard Klatt, by his counsel, Assistant Federal Defender
22  Ned Smock, hereby stipulate and agree that the status conference
23  currently calendered for January 31, 2006 should be continued to
24  February 28, 2006 at 9:30 a.m. and that time should be excluded
25  through that date under Local Code T-4.
26         The undersigned has taken over this case as lead counsel
27  after the departure of Quin Denvir.  Counsel is reviewing existing
28
                                    1

1 discovery and meeting with the defendant.  In addition, counsel has
2 requested and is awaiting additional discovery from the government.
3 Dated:  January 26, 2006        Respectfully submitted,
4
5                                 /s/Dennis Waks
                                  DENNIS WAKS
6                                 Acting Federal Defender
7
                                  /s/Ned Smock
8                                 NED SMOCK
                                  Assistant Federal Defender
9                                 Attorney for Defendant
                                  RICHARD KLATT
10
11
                                  MCGREGOR  W. SCOTT
12                                United States Attorney
13
14 January 26, 2006               /s/ Ned Smock
                                  Telephonically authorized to sign for
15                                CAROLYN DELANEY
                                  Executive Assistant U.S. Attorney
16
17
                        **O R D E R**
18
        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
19
20
Dated: January 27, 2006           /s/ Lawrence K. Karlton
21                                LAWRENCE K. KARLTON
                                  Senior United States District Judge
22
23
24
25
26
27
28

U. S. v. Richard Klatt
05cr0462 LKK
Stipulation & Proposed Order        2