```
 1  DANIEL BRODERICK, Bar #89424
    Acting Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  RICHARD KLATT

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-462 LKK |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
| RICHARD KLATT, | ) Date: March 28, 2006 |
|  | ) Time: 9:30 A.M. |
|  | ) |
|  | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 28, 2006 be vacated and a new date of March 28, 2006 be set for status.

Defense counsel has pending requests for records that are relevant to this matter and is seeking to review additional evidence in the possession of the government.

It is further stipulated and agreed between the parties that the period beginning February 28, 2006 to March 28, 2006, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

February 24, 2006

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

                                        _/S/NED SMOCK_
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RICHARD KLATT


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  February 24, 2006
                                        _/S/ CAROLYN DELANEY_
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney

                              **ORDER**

**IT IS SO ORDERED.**

DATED: February 24, 2006

                                      _/s/ Lawrence K. Karlton_
                                      HONORABLE LAWRENCE K. KARLTON
                                      District Court Judge