1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  RICHARD KLATT

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. CR-S-05-462 LKK
                                )
12           Plaintiff,         )
                                )  STIPULATION AND ORDER
13      v.                      )
                                )
14 RICHARD KLATT,               )  Date: April 4, 2006
                                )  Time: 9:30 A.M.
15                              )
                                )  Judge: Hon. Lawrence K. Karlton
16           Defendant.         )
   _____)

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, CAROLYN DELANEY, Assistant United States

20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant, that the current Status Conference

22 date of March 28, 2006 be vacated and a new date of April 4, 2006 be

23 set for status.

24      Defense counsel has an appointment scheduled later this week to

25 view the evidence at the Sacramento Police evidence warehouse.

26 Additional time is needed to perform further investigation and research

27 after viewing the evidence.

28      It is further stipulated and agreed between the parties that the

1  period beginning March 28, 2006 to April 4, 2006, should be excluded in
2  computing the time within which the trial of the above criminal
3  prosecution must commence for purposes of the Speedy Trial Act for
4  defense preparation.  All parties stipulate and agree that this is an
5  appropriate exclusion of time within the meaning of Title 18, United
6  States Code, Section 3161(h)(8)(iv) (Local Code T4).
7  March 27, 2006

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender


                                            /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RICHARD KLATT


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  March 27, 2006
                                            /S/ CAROLYN DELANEY
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney


                                **ORDER**

    **IT IS SO ORDERED.**

DATED: March 27, 2006

                        /s/ Lawrence K. Karlton
                        HONORABLE LAWRENCE K. KARLTON
                        District Court Judge

2