DANIEL J. BRODERICK, #89424
Acting Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-05-462 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| RICHARD KLATT, ) | Date: July 11, 2006 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

    This matter came on for Status Conference on April 4, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Carolyn Delaney appeared on behalf of the United States of America.  Assistant Federal Defender Ned Smock appeared on behalf of Defendant Richard Klatt.  The parties, through their respective counsel, stipulate and agree that the time period between today, April 4, 2006, and July 11, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel and defense preparation.  The parties

1  agree that an additional basis for exclusion of time is Local Code N
2  (referencing 18 U.S.C. § 3151(h)(4)) in light of the fact that Mr.
3  Klatt will be physically unable to stand trial because he is having
4  major spinal reconstructive surgery on April 12, 2006.
5  IT IS ORDERED that this matter is continued to July 11, 2006, at 9:30
6  a.m. for Status Conference.
7     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
8  (iv) and Local Code T4, the period from  April 4, 2006, up to and
9  including July 11, 2006, is excluded from the time computations
10 required by the Speedy Trial Act due to ongoing preparation of counsel.
11 Dated: April 7, 2006

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    Chief Judge Emeritus

Order after hearing/Klatt/05-462   -2-