```
 1  DANIEL J. BRODERICK, #89424
    Acting Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  RICHARD KLATT

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,    ) No. Cr-S-05-462 LKK
14                               )
              Plaintiff,         )
15                               )   ORDER AFTER HEARING
         v.                      )
16                               )
    RICHARD KLATT,               ) Date:  September 12, 2006
17                               ) Time:  9:30 a.m.
              Defendant.         ) Judge: Hon. Lawrence K. Karlton
18                               )
    _____ )
19
```

20      This matter came on for Status Conference on July 18, 2006, in the
21 courtroom of the Honorable Lawrence K. Karlton, Senior Judge.
22 Assistant United States Attorney Phil Ferrari appeared for Carolyn
23 Delaney on behalf of the United States of America.  Assistant Federal
24 Defender Ned Smock appeared on behalf of Defendant Richard Klatt.  The
25 parties, through their respective counsel, stipulate and agree that the
26 time period between July 18, 2006, and September 12, 2006 be excluded
27 under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code
28 T4), based on continuity of counsel and defense preparation.  The

1  parties agree that an additional basis for exclusion of time is Local
2  Code N (referencing 18 U.S.C. § 3151(h)(4)) in light of the fact that
3  Mr. Klatt will be physically unable to stand trial because he recently
4  had two major spinal reconstructive surgeries.
5       IT IS ORDERED that this matter is continued to September 12, 2006,
6  at 9:30 a.m. for Status Conference.
7       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
8  (iv) and Local Code T4, the period from July 18, 2006, up to and
9  including September 12, 2006, is excluded from the time computations
10 required by the Speedy Trial Act due to ongoing preparation of counsel.

12 Dated: July 25, 2006

13 _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
14 UNITED STATES DISTRICT COURT

Order after hearing/Klatt/05-462   -2-