1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | NED SMOCK, Bar #236238
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

5 |

6 |

Attorney for Defendant
7 | RICHARD KLATT

8 |

9 |

IN THE UNITED STATES DISTRICT COURT

10 |

FOR THE EASTERN DISTRICT OF CALIFORNIA

11 |

12 |

13 |

UNITED STATES OF AMERICA,      ) No. Cr-S-05-462 LKK
14 |                              )
                 Plaintiff,      )
15 |                             ) ORDER AFTER HEARING
      v.                         )
16 |                             )
RICHARD KLATT,                   ) Date:  October 11, 2006
17 |                             ) Time:   9:30 a.m.
                 Defendant.      ) Judge: Hon. Lawrence K. Karlton
18 |                             )
_____ )
19 |

20 |     This matter came on for Status Conference on September 12, 2006,

21 | in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.

22 | Assistant United States Attorney Carolyn Delaney appeared on behalf of

23 | the United States of America.  Assistant Federal Defender Ned Smock

24 | appeared on behalf of Defendant Richard Klatt.  The parties, through

25 | their respective counsel, stipulate and agree that the time period

26 | between September 12, 2006, and October 11, 2006 be excluded under the

27 | Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4),

28 | based on continuity of counsel and defense preparation.

1    IT IS ORDERED that this matter is continued to October 11, 2006,

2  at 9:30 a.m. for Status Conference.

3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

4  (iv) and Local Code T4, the period from September 12, 2006, up to and

5  including October 11, 2006, is excluded from the time computations

6  required by the Speedy Trial Act due to ongoing preparation of counsel.

7  Dated: September 14, 2006

8

9

10                                    _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
11                                    UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order after hearing/Klatt/05-462   -2-