```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  RICHARD KLATT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-05-462 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| RICHARD KLATT, ) | Date:  October 31, 2006 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

This matter came on for Status Conference on October 11, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Carolyn Delaney appeared on behalf of the United States of America.  Assistant Federal Defender Timothy Zindel for Ned Smock appeared on behalf of Defendant Richard Klatt. The parties, through their respective counsel, stipulate and agree that the time period between October 11, 2006, and October 31, 2006 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel and defense preparation.

1    IT IS ORDERED that this matter is continued to October 31, 2006,
2 at 9:30 a.m. for Status Conference.
3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
4 (iv) and Local Code T4, the period from October 11, 2006, up to and
5 including October 31, 2006, is excluded from the time computations
6 required by the Speedy Trial Act due to ongoing preparation of counsel.
7 Dated: October 13, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT