1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  NED SMOCK, Bar #236238
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6

7  Attorney for Defendant
   RICHARD KLATT

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        )  No. Cr-S-05-462 LKK
14                                   )
                     Plaintiff,      )
15                                   )  ORDER AFTER HEARING
        v.                           )
16                                   )
   RICHARD KLATT,                    )  Date:  January 9, 2007
17                                   )  Time:  9:30 a.m.
                     Defendant.      )  Judge: Hon. Lawrence K. Karlton
18                                   )
   _____   )
19

20        This matter came on for Status Conference on October 31, 2006, in

21   the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.

22   Assistant United States Attorney Carolyn Delaney appeared on behalf of

23   the United States of America.  Assistant Federal Defender Ned Smock

24   appeared on behalf of Defendant Richard Klatt.  The parties, through

25   their respective counsel, stipulate and agree that the time period

26   between October 31, 2006, and January 9, 2007 be excluded under the

27   Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4),

28   based on continuity of counsel and defense preparation.

1    IT IS ORDERED that this matter is continued to January 9, 2007, at

2  9:30 a.m. for Status Conference.

3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

4  (iv) and Local Code T4, the period from October 31, 2006, up to and

5  including January 9, 2007, is excluded from the time computations

6  required by the Speedy Trial Act due to ongoing preparation of counsel.

7
Dated: November 1, 2006

8

9

10

11  _____
LAWRENCE K. KARLTON

12  SENIOR JUDGE
UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order after hearing/Klatt/05-462   -2-