DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-462 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| RICHARD KLATT, ) | Date: February 27, 2007 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 9, 2007 be vacated and a new date of February 27, 2007 be set for status.

   Defense counsel received a pre-plea report this week. Defense counsel needs time to review the report and discuss possible proposed changes with United States Probation. In addition, time is needed for the two sides to meet to discuss a possible resolution and to discuss a proposed resolution with Mr. Klatt. In addition, Mr. Klatt had neck

surgery in late November and is having a follow-up appointment with his doctor next week to evaluate his recovery.

It is further stipulated and agreed between the parties that the period beginning January 9, 2007 to February 27, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated:  January 4, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

     /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
RICHARD KLATT

MCGREGOR W. SCOTT
United States Attorney

Dated:  January 4, 2007

     /S/ CAROLYN DELANEY
CAROLYN DELANEY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: January 4, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT