```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RICHARD KLATT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-462 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| RICHARD KLATT, | ) | Date: May 22, 2007 |
| | ) | Time: 9:30 A.M. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 27, 2007 be vacated and a new date of May 22, 2007 be set for status.

Mr. Klatt had cervical reconstruction surgery in late November of last year. He is still recovering from that operation and his doctor has noted that he has incomplete healing of the fusion and instrumentation. He is on heavy pain medication and has difficulty walking.

It is further stipulated and agreed between the parties that the period beginning February 27, 2007 to May 22, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(4) (Local Code N).

Dated: February 22, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

        /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
RICHARD KLATT

MCGREGOR W. SCOTT
United States Attorney

Dated: February 22, 2007

        /S/ CAROLYN DELANEY
CAROLYN DELANEY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: February 26, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2