DANIEL J. BRODERICK, #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-05-462 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| RICHARD KLATT, ) | Date:  July 31, 2007 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

   This matter came on for Status Conference on May 22, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Carolyn Delaney appeared on behalf of the United States of America.  Assistant Federal Defender Ned Smock appeared on behalf of Defendant Richard Klatt.  The parties, through their respective counsel, stipulate and agree that the time period between May 22, 2007, and July 31, 2007 be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate

1  and agree that this is an appropriate exclusion of time within the
2  meaning of Title 18, United States Code, Section 3161(h)(4) (Local Code
3  N).

6                                    ***
7                                  **ORDER**
8       IT IS ORDERED that this matter is continued to July 31, 2007, at
9  9:30 a.m. for Status Conference.
10      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(4)
11 and Local Code N, the period from May 22, 2007, up to and including
12 July 31, 2007, is excluded from the time computations required by the
13 Speedy Trial Act.

Dated: May 29, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order after hearing/Klatt/05-462   -2-