```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  RICHARD KLATT

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-05-462 LKK
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER
13       v.                      )
                                 )
14  RICHARD KLATT,               ) Date: October 10, 2007
                                 ) Time: 9:30 A.M.
15                               )
                                 ) Judge: Hon. Lawrence K. Karlton
16              Defendant.       )
    _____)
17
```

18        IT IS HEREBY STIPULATED by and between the parties hereto through
19  their respective counsel, CAROLYN DELANEY, Assistant United States
20  Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21  Defender, attorney for defendant, that the current Status Conference
22  date of July 31, 2007 be vacated and a new date of October 10, 2007 be
23  set for status.
24        Mr. Klatt has had two lumbar spinal procedures and a posterior
25  cervical spine fusion in the past 15 months.  Last week he temporarily
26  lost all mobility in his left arm.  He is on heavy pain medication and
27  has trouble walking.  His doctor would like to monitor his condition
28  for about three months to evaluate his progress.

1  It is further stipulated and agreed between the parties that the
2 period beginning July 31, 2007 to October 10, 2007, should be excluded
3 in computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  All
5 parties stipulate and agree that this is an appropriate exclusion of
6 time within the meaning of Title 18, United States Code, Section
7 3161(h)(4) (Local Code N).

9 Dated:  July 24, 2007

10                                     Respectfully submitted,

11                                     DANIEL BRODERICK
                                       Federal Defender

13                                         /S/NED SMOCK
                                       NED SMOCK
14                                     Assistant Federal Defender
                                       Attorney for Defendant
15                                     RICHARD KLATT

17                                     MCGREGOR W. SCOTT
                                       United States Attorney

18 Dated:  July 24, 2007
                                           /S/ CAROLYN DELANEY
19                                     CAROLYN DELANEY
                                       Assistant U.S. Attorney

21                                 **ORDER**

22     **IT IS SO ORDERED.**

23 DATED: July 30, 2007

                                       _____
25                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
26                                     UNITED STATES DISTRICT COURT