```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  RICHARD KLATT

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. CR-S-05-462 LKK
                                   )
12               Plaintiff,        )
                                   ) STIPULATION AND ORDER
13       v.                        )
                                   )
14  RICHARD KLATT,                 ) Date: December 11, 2007
                                   ) Time: 9:30 A.M.
15                                 )
                                   ) Judge: Hon. Lawrence K. Karlton
16               Defendant.        )
    _____)
17
```

18   IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, CAROLYN DELANEY, Assistant United States
20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21 Defender, attorney for defendant, that the current Status Conference
22 date of October 10, 2007 be vacated and a new date of December 11, 2007
23 be set for status.

24   Mr. Klatt has had two lumbar spinal procedures and a posterior
25 cervical spine fusion. He is on heavy pain medication and has trouble
26 walking. His doctor reports that his combined cervical and lumbar
27 problem has made recover extremely slow. Additional time is needed to
28 allow him to continue his recovery.

It is further stipulated and agreed between the parties that the period beginning October 10, 2007 to December 11, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(4) (Local Code N).

Dated:  October 5, 2007

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender


    _____/S/NED SMOCK_____
    NED SMOCK
    Assistant Federal Defender
    Attorney for Defendant
    RICHARD KLATT


    MCGREGOR W. SCOTT
    United States Attorney

Dated:  October 5, 2007

    _____/S/ CAROLYN DELANEY___
    CAROLYN DELANEY
    Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: October 9, 2007


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2