DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>RICHARD KLATT,                     )<br>                                   )<br>                                   )<br>            Defendant.             )<br>_____) | No. CR-S-05-462 LKK<br><br>STIPULATION AND ORDER<br><br><br>Date: March 4, 2008<br>Time: 9:30 A.M.<br><br>Judge: Hon. Lawrence K. Karlton |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of December 11, 2007 be vacated and a new date of March 4, 2008 be set for status.

     Mr. Klatt has had two lumbar spinal procedures and a posterior cervical spine fusion.  He is on heavy pain medication and has trouble walking without assistance.  Additional time is needed to allow him to continue his recovery.

     It is further stipulated and agreed between the parties that the

1  period beginning December 11, 2007 to March 4, 2008, should be excluded
2  in computing the time within which the trial of the above criminal
3  prosecution must commence for purposes of the Speedy Trial Act.  All
4  parties stipulate and agree that this is an appropriate exclusion of
5  time within the meaning of Title 18, United States Code, Section
6  3161(h)(4) (Local Code N).

Dated:   December 7, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                            /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RICHARD KLATT


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:   December 7, 2007
                                             /S/ CAROLYN DELANEY
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney

                             **ORDER**

    **IT IS SO ORDERED.**

DATED: December 7, 2007



                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT