```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  RICHARD KLATT

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-05-462 LKK
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER
13       v.                      )
                                 )
14  RICHARD KLATT,               ) Date: April 8, 2008
                                 ) Time: 9:30 A.M.
15                               )
                                 ) Judge: Hon. Lawrence K. Karlton
16              Defendant.       )
    _____)

17
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through
19  their respective counsel, CAROLYN DELANEY, Assistant United States
20  Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21  Defender, attorney for defendant, that the current Status Conference
22  date of March 4, 2008 be vacated and a new date of April 8, 2008 be set
23  for status.
24       Mr. Klatt has had two lumbar spinal procedures and a posterior
25  cervical spine fusion.  An additional surgery on Mr. Klatt's lower back
26  may be necessary because he has ongoing pain in his back, numbness in
27  one leg and shooting pain in the other.  He has an appointment with his
28  surgeon on March 4 to discuss whether he needs to go forward with the

further reconstructive surgery on his back.  Additional time is needed to allow Mr. Klatt to receive necessary care.

It is further stipulated and agreed between the parties that the period beginning March 4, 2008 to April 8, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(4) (Local Code N).

Dated:  February 27, 2008          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender


                                       /S/NED SMOCK
                                   NED SMOCK
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   RICHARD KLATT


                                   MCGREGOR W. SCOTT
                                   United States Attorney

Dated:  February 27, 2008
                                       /S/ CAROLYN DELANEY
                                   CAROLYN DELANEY
                                   Assistant U.S. Attorney


                              **ORDER**

   **IT IS SO ORDERED.**

DATED: February 27, 2008


                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

2