1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  RICHARD KLATT

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      ) No. CR-S-05-462 LKK
10                                )
                    Plaintiff,    )
11                                ) STIPULATION AND ORDER
        v.                        )
12                                )
   RICHARD KLATT,                 ) Date: June 3, 2008
13                                ) Time: 9:30 A.M.
                                  )
14                                ) Judge: Hon. Lawrence K. Karlton
                    Defendant.    )
15 _____ )

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, CAROLYN DELANEY, Assistant United States

19 Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising

20 Assistant Federal Defender, attorney for defendant, that the current

21 Status Conference date of April 8, 2008 be vacated and a new date of

22 June 3, 2008 be set for status.

23      Mr. Klatt has had two lumbar spinal procedures and a posterior

24 cervical spine fusion.  An additional surgery on Mr. Klatt's lower back

25 may be necessary because he has ongoing pain in his back, numbness in

26 one leg and shooting pain in the other.  Over the next six months he

27 will require supervised physical therapy twice weekly to increase his

28 strength and flexibility of his trunk musculature and upper

1  extremities.   Additional time is needed to allow Mr. Klatt to receive

2  necessary medical care.   Also, Supervising Assistant Federal Defender,

3  Dennis S. Waks was just recently assigned this case and needs

4  additional time to review the discovery.

5         It is further stipulated and agreed between the parties that the

6  period beginning April 8, 2008 to June 3, 2008, should be excluded in

7  computing the time within which the trial of the above criminal

8  prosecution must commence for purposes of the Speedy Trial Act.   All

9  parties stipulate and agree that this is an appropriate exclusion of

10  time within the meaning of Title 18, United States Code, Section

11  3161(h)(4) (Local Code N).

12

13  Dated:  April 1, 2008                  Respectfully submitted,

14                                         DANIEL BRODERICK
                                           Federal Defender
15

16                                          /s/ Dennis S. Waks
                                           DENNIS S. WAKS
17                                         Supervising Assistant Federal
                                           Defender
18                                         Attorney for Defendant
                                           RICHARD KLATT
19

20                                         MCGREGOR W. SCOTT
                                           United States Attorney
21

22  Dated:  April 1, 2008
                                            /S/ CAROLYN DELANEY
23                                         CAROLYN DELANEY
                                           Assistant U.S. Attorney

24                                         **ORDER**

25         **IT IS SO ORDERED.**

26  DATED: April 3, 2008

27                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
28                                         UNITED STATES DISTRICT COURT

                                         2