```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RICHARD KLATT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RICHARD KLATT,<br><br>            Defendant. | No. CR-S-05-462 LKK<br><br>STIPULATION AND ORDER<br><br>Date: August 5, 2008<br>Time: 9:30 A.M.<br>Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of June 3, 2008 be vacated and a new date of August 5, 2008 be set for status.

   Mr. Klatt has had two lumbar spinal procedures and a posterior cervical spine fusion. An additional surgery on Mr. Klatt's lower back may be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other. Over the next four to six months, he will require supervised physical therapy twice weekly to increase his strength and flexibility of his trunk musculature and

1  upper extremities.  Additional time is needed to allow Mr. Klatt to
2  receive necessary medical care.  Also, Supervising Assistant Federal
3  Defender, Dennis S. Waks was recently assigned this case and needs
4  additional time to review the discovery.
5       It is further stipulated and agreed between the parties that the
6  period beginning June 3, 2008 to August 5, 2008, should be excluded in
7  computing the time within which the trial of the above criminal
8  prosecution must commence for purposes of the Speedy Trial Act.  All
9  parties stipulate and agree that this is an appropriate exclusion of
10 time within the meaning of Title 18, United States Code, Section
11 3161(h)(4) (Local Code N).

13 Dated:  May 27, 2008                    Respectfully submitted,

14                                         DANIEL BRODERICK
                                           Federal Defender

16                                          /s/ Dennis S. Waks
                                           DENNIS S. WAKS
17                                         Supervising Assistant Federal
                                           Defender
18                                         Attorney for Defendant
                                           RICHARD KLATT

20                                         MCGREGOR W. SCOTT
                                           United States Attorney
21
   Dated:  May 27, 2008
22                                          /S/ CAROLYN DELANEY
                                           CAROLYN DELANEY
23                                         Assistant U.S. Attorney

24                               **ORDER**

25      **IT IS SO ORDERED.**

26 DATED: May 28, 2008

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT