```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RICHARD KLATT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR-S-05-462 LKK |
| Plaintiff,    ) | STIPULATION AND ORDER |
| v.                              ) | |
| RICHARD KLATT,                  ) | Date: November 4, 2008 |
| ) | Time: 9:15 A.M. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant.    ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of October 7, 2008 be vacated and a new date of November 4, 2008 be set for status.

　　　Mr. Klatt has had two lumbar spinal procedures and a posterior cervical spine fusion.  An additional surgery on Mr. Klatt's lower back may be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other.  Over the next four months he will continue supervised physical therapy twice weekly to increase his strength and flexibility of his trunk musculature and upper

1  extremities.  Additional time is needed to allow Mr. Klatt to receive
2  necessary medical care.  Defense counsel needs additional time to
3  review the discovery.
4     It is further stipulated and agreed between the parties that the
5  period beginning October 7, 2008 to November 4, 2008, should be
6  excluded in computing the time within which the trial of the above
7  criminal prosecution must commence for purposes of the Speedy Trial
8  Act.  All parties stipulate and agree that this is an appropriate
9  exclusion of time within the meaning of Title 18, United States Code,
10 §§3161(h)(4) (Local Code N) and 3161(h)(8)(B)(iv)(Local Code T4).

12 September 22, 2008                    Respectfully submitted,

13                                       DANIEL BRODERICK
                                         Federal Defender

15                                        /s/ Dennis S. Waks
                                         DENNIS S. WAKS
16                                       Supervising Assistant Federal
                                         Defender
17                                       Attorney for Defendant
                                         RICHARD KLATT

19                                       MCGREGOR W. SCOTT
                                         United States Attorney
20
   Dated: September 22, 2008
21                                       /S/ Dennis S. Waks for
                                         TODD LERAS
22                                       Assistant U.S. Attorney

23                               **ORDER**

24     **IT IS SO ORDERED.**

25 DATED: September 24, 2008

                                         _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

2