DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-462 LKK |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| RICHARD KLATT, | ) Date: January 13, 2009 |
| | ) Time: 9:15 A.M. |
| | ) Judge: Hon. Lawrence K. Karlton |
| | ) |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of November 4, 2008 be vacated and a new date of January 13, 2009 at 9:15 a.m. be set for status.

    Mr. Klatt has had two lumbar spinal procedures and a posterior cervical spine fusion.  An additional surgery on Mr. Klatt's lower back will be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other.  I was advised yesterday by Mr. Klatt's wife, that the defendant was recently taken to the emergency room, is presently in the hospital and could be there indefinitely.

1  Also, defense counsel needs additional time to prepare, to review the
2  discovery, and to interview witnesses.
3      It is further stipulated and agreed between the parties that the
4  period beginning November 4, 2008 to January 13, 2009, should be
5  excluded in computing the time within which the trial of the above
6  criminal prosecution must commence for purposes of the Speedy Trial
7  Act. All parties stipulate and agree that this is an appropriate
8  exclusion of time within the meaning of Title 18, United States Code,
9  §§3161(h)(4) (Local Code N) and 3161(h)(8)(B)(iv)(Local Code T4).

Dated: October 30, 2008                Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender


                                        /s/ Dennis S. Waks
                                       DENNIS S. WAKS
                                       Supervising Assistant Federal
                                       Defender
                                       Attorney for Defendant
                                       RICHARD KLATT


                                       MCGREGOR W. SCOTT
                                       United States Attorney

Dated: October 30, 2008
                                       /S/ Dennis S. Waks for
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

                               **ORDER**

   **IT IS SO ORDERED.**

DATED: October 30, 2008

                                       _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT