```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RICHARD KLATT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-462 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date: March 17, 2009 |
| RICHARD KLATT, ) | Time: 9:15 A.M. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 13, 2009 be vacated and rescheduled for March 17, 2009 at 9:15 a.m.

   Mr. Klatt has had two lumbar spinal procedures and a posterior cervical spine fusion.  An additional surgery on Mr. Klatt's lower back will be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other.  Mr. Klatt was recently released from the hospital after having surgery where part of his intestines and colon were removed.  Also, defense counsel needs

additional time to prepare, to review the discovery, and to interview witnesses.

It is further stipulated and agreed between the parties that the period beginning January 13, 2009 to March 17, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §§3161(h)(4)(Local Code N) and 3161(h)(8)(B)(iv)(Local Code T4).

Dated: January 8, 2009               Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender


                                      /s/ Dennis S. Waks
                                     DENNIS S. WAKS
                                     Supervising Assistant Federal
                                     Defender
                                     Attorney for Defendant
                                     RICHARD KLATT


                                     LAWRENCE G. BROWN
                                     Acting United States Attorney

Dated: January 8, 2009
                                     /S/ Dennis S. Waks for
                                     TODD D. LERAS
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: January 9, 2009

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

2