```
1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  RICHARD KLATT
```

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-462 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| RICHARD KLATT, | ) | Date: May 12, 2009 |
| | ) | Time: 9:15 A.M. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of March 17, 2009 be vacated and rescheduled for May 12, 2009 at 9:15 a.m.

Mr. Klatt has had two lumbar spinal procedures and a posterior cervical spine fusion. An additional surgery on Mr. Klatt's lower back will be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other. Mr. Klatt was recently released from the hospital after having surgery where part of his intestines and colon were removed. The defendant's doctor has advised

counsel in writing that Mr. Klatt's "serious medical conditions... are not improving as expected...".

Also, defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

It is further stipulated and agreed between the parties that the period beginning March 17, 2009 to May 12, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §§3161(h)(4)(Local Code N) and 3161(h)(8)(B)(iv)(Local Code T4).

Dated: March 12, 2009                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender


                                         /s/ Dennis S. Waks
                                         DENNIS S. WAKS
                                         Supervising Assistant Federal
                                         Defender
                                         Attorney for Defendant
                                         RICHARD KLATT


                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

Dated: March 12, 2009
                                         /S/ Dennis S. Waks for
                                         TODD D. LERAS
                                         Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: March 12, 2009

                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

2