```
1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  RICHARD KLATT

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      ) No. CR-S-05-462 LKK
10                                )
                Plaintiff,        )
11                                ) STIPULATION AND ORDER
        v.                        )
12                                )
   RICHARD KLATT,                 ) Date: August 4, 2009
13                                ) Time: 9:15 A.M.
                                  ) Judge: Hon. Lawrence K. Karlton
14                                )
                Defendant.        )
15 _____  )
```

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 12, 2009 be vacated and rescheduled for August 4, 2009 at 9:15 a.m.

Mr. Klatt has had two lumbar spinal procedures and a posterior cervical spine fusion. An additional surgery on Mr. Klatt's lower back will be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other. Mr. Klatt was recently released from the hospital after having surgery where part of his intestines and colon were removed. The defendant's doctor has advised

counsel in writing that Mr. Klatt's "serious medical conditions... are not improving as expected...".

Also, defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

It is further stipulated and agreed between the parties that the period from the date of this stipulation to August 4, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §§3161(h)(4) (Local Code N) and 3161(h)(8)(B)(iv)(Local Code T4).

Dated: May 8, 2009　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　DANIEL BRODERICK
　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　 /s/ Dennis S. Waks
　　　　　　　　　　　　　　　　　DENNIS S. WAKS
　　　　　　　　　　　　　　　　　Supervising Assistant Federal
　　　　　　　　　　　　　　　　　Defender
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　RICHARD KLATT


　　　　　　　　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　Acting United States Attorney

Dated: May 8, 2009
　　　　　　　　　　　　　　　　　/S/ Dennis S. Waks for
　　　　　　　　　　　　　　　　　TODD D. LERAS
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: May 11, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2