```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  RICHARD KLATT

 7                 IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9
    UNITED STATES OF AMERICA,    ) No. CR-S-05-462 LKK
10                               )
                 Plaintiff,      )
11                               ) STIPULATION AND ORDER TO MODIFY
         v.                      ) PRETRIAL CONDITIONS
12                               )
    RICHARD KLATT,               )
13                               )
                                 )
14                               ) Judge: Hon. Lawrence K. Karlton
                 Defendant.      )
15  _____ )

16

17
```

18     RICHARD KLATT, by and through his counsel, DENNIS S. WAKS,
19 Supervising Assistant Federal Defender, the United States Government,
20 by and through its counsel, TODD D. LERAS, Assistant United States
21 Attorney, and Gina Faubion, United States Pretrial Service Officer,
22 hereby agree to modify the defendant's conditions of release as
23 follows:
24     Special condition number seven (See attached) shall be removed at
25 this time due to the defendant's physical health problems.
26     It should be noted that this stipulation is at the request of
27 Pretrial Services.  The defendant has had no dirty drug tests and the
28 primary reason for this modification is that this defendant's

significant medical problems make it extremely difficult for him to come to the Federal Courthouse for testing.

Accordingly, all parties and Mr. Klatt agree with the above modification.

DATED: June 12, 2009

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Dennis S. Waks
                                      _____
                                      DENNIS S. WAKS, Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      RICHARD KLATT

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

DATE: June 12, 2009

                                      /S/ Dennis S. Waks for
                                      _____
                                      TODD D. LERAS
                                      Assistant United States Attorney

**SO ORDERED.**

Dated: June 22, 2009

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT