```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RICHARD KLATT
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,     )  No. CR-S-05-462 LKK
                                  )
10             Plaintiff,         )
                                  )  STIPULATION AND ORDER
11       v.                       )
                                  )
12  RICHARD KLATT,                )  Date: October 14, 2009
                                  )  Time: 9:15 A.M.
13                                )  Judge: Hon. Lawrence K. Karlton
                                  )
14             Defendant.         )
    _____ )
15
```

16      IT IS HEREBY STIPULATED by and between the parties through their

17 respective counsel, TODD D. LERAS, Assistant United States Attorney,

18 attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant

19 Federal Defender, attorney for defendant, that the current Status

20 Conference date of August 4, 2009 be vacated and rescheduled for

21 October 14, 2009 at 9:15 a.m.

22      Mr. Klatt has had at least four lumbar spinal procedures and

23 numerous posterior cervical spine fusions.  Additional surgeries on Mr.

24 Klatt's lower back may be necessary because he has ongoing pain in his

25 back, numbness in one leg and shooting pain in the other.  Mr. Klatt

26 was released from the hospital after having surgery where part of his

27 intestines and colon were removed.  More recently, he is recuperating

28 from another surgery which occurred in early July.  The defendant's

1  doctor has advised counsel in writing that Mr. Klatt's "serious medical
2  conditions... are not improving as expected...".  Because of these
3  surgeries, the defendant has been unable to assist counsel.
4      Lastly, defense counsel needs additional time to prepare, to
5  review the discovery, and to interview witnesses.
6      It is further stipulated and agreed between the parties that the
7  period from the date of this order to October 14, 2009, should be
8  excluded in computing the time within which the trial of the above
9  criminal prosecution must commence for purposes of the Speedy Trial
10 Act.  All parties stipulate and agree that this is an appropriate
11 exclusion of time within the meaning of Title 18, United States Code,
12 §3161(h)(4) (Local Code N) and §3161(h)(7)(B)(iv)(Local Code T4).

Dated: July 30, 2009                Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                     /s/ Dennis S. Waks
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal
                                    Defender
                                    Attorney for Defendant
                                    RICHARD KLATT

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Dated: July 30, 2009
                                    /S/ Dennis S. Waks for
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: July 31, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2