1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RICHARD KLATT
6

              IN THE UNITED STATES DISTRICT COURT
7
             FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,     )  No. CR-S-05-462 LKK
                                 )
10                Plaintiff,     )
                                 )  STIPULATION AND ORDER
11      v.                       )
                                 )
12 RICHARD KLATT,                )  Date:  November 24, 2009
                                 )  Time:  9:15 A.M.
13                               )  Judge: Hon. Lawrence K. Karlton
                                 )
14              Defendant.       )
   _____ )
15

16      IT IS HEREBY STIPULATED by and between the parties through their

17 respective counsel, TODD D. LERAS, Assistant United States Attorney,

18 attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant

19 Federal Defender, attorney for defendant, that the current Status

20 Conference date of October 14, 2009, be vacated and rescheduled for

21 November 24, 2009, at 9:15 a.m.

22      Mr. Klatt has had at least four lumbar spinal procedures and

23 numerous posterior cervical spine fusions.  Additional surgeries on Mr.

24 Klatt's lower back may be necessary because he has ongoing pain in his

25 back, numbness in one leg and shooting pain in the other.  Mr. Klatt

26 was released from the hospital after having surgery where part of his

27 intestines and colon were removed.  More recently, he is recuperating

28 from another surgery which occurred in early July.  The defendant's

1    doctor has advised counsel in writing that Mr. Klatt's "serious medical

2    conditions... are not improving as expected...".  Because of these

3    surgeries, the defendant has been unable to assist counsel.

4        Lastly, defense counsel needs additional time to prepare, to

5    review the discovery, and to interview witnesses.

6        It is further stipulated and agreed between the parties that the

7    period from the date of this order to November 24, 2009, should be

8    excluded in computing the time within which the trial of the above

9    criminal prosecution must commence for purposes of the Speedy Trial

10   Act.  All parties stipulate and agree that this is an appropriate

11   exclusion of time within the meaning of Title 18, United States Code,

12   §3161(h)(4) (Local Code N) and §3161(h)(7)(B)(iv)(Local Code T4).

13   Dated: October 7, 2009            Respectfully submitted,

14                                     DANIEL BRODERICK
                                       Federal Defender
15
                                        /s/ Dennis S. Waks
16                                     DENNIS S. WAKS
                                       Supervising Assistant Federal
17                                     Defender
                                       Attorney for Defendant
18                                     RICHARD KLATT

19                                     LAWRENCE G. BROWN
                                       United States Attorney
20
     Dated: October 7, 2009
21                                      /S/ Dennis S. Waks for
                                       TODD D. LERAS
22                                     Assistant U.S. Attorney

23                                          **ORDER**

24       **IT IS SO ORDERED.**

25   DATED:  October 14, 2009

26                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
27                                     UNITED STATES DISTRICT COURT

28

                                      2