```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RICHARD KLATT
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,      )  No. CR-S-05-462 LKK
                                   )
10            Plaintiff,           )
                                   )  STIPULATION AND ORDER
11       v.                        )
                                   )
12  RICHARD KLATT,                 )  Date:  January 26, 2010
                                   )  Time:  9:15 A.M.
13                                 )  Judge: Hon. Lawrence K. Karlton
                                   )
14            Defendant.           )
    _____)
15
```

16     IT IS HEREBY STIPULATED by and between the parties through their
17 respective counsel, TODD D. LERAS, Assistant United States Attorney,
18 attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant
19 Federal Defender, attorney for defendant, that the current Status
20 Conference date of November 24, 2009, be vacated and rescheduled for
21 January 26, 2010, at 9:15 a.m.

22     Mr. Klatt has had at least four lumbar spinal procedures and
23 numerous posterior cervical spine fusions.  Additional surgeries on Mr.
24 Klatt's lower back will be necessary because he has ongoing pain in his
25 back, numbness in one leg and shooting pain in the other.  Mr. Klatt
26 was released from the hospital after having surgery where part of his
27 intestines and colon were removed.  More recently, he has been
28 recuperating from another surgery which occurred in July.  The

1  defendant's doctor has advised counsel in writing that Mr. Klatt's
2  "serious medical conditions... are not improving as expected...".
3  Because of these surgeries, the defendant has been unable to assist
4  counsel.
5      Lastly, defense counsel needs additional time to prepare, to
6  review the discovery, and to interview witnesses.
7      It is further stipulated and agreed to between the parties that
8  the period from the date of this order to January 26, 2010, should be
9  excluded in computing the time within which the trial of the above
10 criminal prosecution must commence for purposes of the Speedy Trial
11 Act.  All parties stipulate and agree that this is an appropriate
12 exclusion of time within the meaning of Title 18, United States Code,
13 §3161(h)(4) (Local Code N) and §3161(h)(7)(B)(iv)(Local Code T4).
14 Dated: November 19, 2009           Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                      /s/ Dennis S. Waks
                                     DENNIS S. WAKS
                                     Supervising Assistant Federal
                                     Defender
                                     Attorney for Defendant
                                     RICHARD KLATT

                                     BEN WAGNER
                                     United States Attorney

Dated: November 19, 2009
                                     /S/ Dennis S. Waks for
                                     TODD D. LERAS
                                     Assistant U.S. Attorney

                        **ORDER**

    **IT IS SO ORDERED.**

DATED: November 20, 2009
                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT