```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>             Plaintiff,            )<br>                                  )  STIPULATION AND ORDER<br>     v.                           )<br>                                  )<br>RICHARD KLATT,                    )  Date: March 9, 2010<br>                                  )  Time: 9:15 A.M.<br>                                  )  Judge: Hon. Lawrence K. Karlton<br>                                  )<br>             Defendant.           )<br>_____) | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 26, 2010, be vacated and rescheduled for March 9, 2010, at 9:15 a.m.

   Mr. Klatt has had at least four lumbar spinal procedures and numerous posterior cervical spine fusions.  Additional surgeries on Mr. Klatt's lower back will be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other.  Mr. Klatt was released from the hospital after having surgery where part of his intestines and colon were removed.  More recently, he has not completely healed from another surgery which occurred in July.  The

defendant's doctor has advised counsel in writing that Mr. Klatt's "serious medical conditions... are not improving as expected...". Because of these surgeries, the defendant has been unable to assist counsel.

    Lastly, defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

    It is further stipulated and agreed to between the parties that the period from the date of this order to March 9, 2010, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(4) [Local Code N] (period of physical incompetence of defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4].

Dated: January 21, 2010        Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                       /s/ Dennis S. Waks
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      RICHARD KLATT

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: January 21, 2010
                                      /S/ Dennis S. Waks for
                                      TODD D. LERAS
                                      Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: January 22, 2010

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT