```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>              Plaintiff,           )<br>                                   )<br>      v.                           )<br>                                   )<br>RICHARD KLATT,                     )<br>                                   )<br>              Defendant.           )<br>_____) | No. CR-S-05-462 LKK<br><br>STIPULATION AND ORDER<br><br><br>Date:  September 28, 2010<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of July 27, 2010, be vacated and rescheduled for September 28, 2010, at 9:15 a.m., for a status conference/change of plea.

    Mr. Klatt presently has type I diabetes and Crohn's disease.  In addition, Mr. Klatt has had at least four lumbar spinal procedures and numerous posterior cervical spine fusions.  Additional surgeries on Mr. Klatt's lower back will be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other.  Mr. Klatt was released from the hospital after having surgery where part of his intestines and colon were removed; he has not completely healed from this surgery.  The defendant's doctor has advised counsel in writing

that Mr. Klatt's "serious medical conditions... are not improving as expected...". Because of these procedures, the defendant has been unable to assist counsel.

Lastly, the government is in the process of preparing a plea agreement and defense counsel will need additional time to review the agreement with the defendant once it has been received.

It is further stipulated and agreed to between the parties that the period from the date of this order to September 28, 2010, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(4) [Local Code N] (period of physical incompetence of defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare).

DATED: July 21, 2010          Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

                              /s/ Dennis S. Waks
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              RICHARD KLATT

                              BENJAMIN B. WAGNER
                              United States Attorney
DATED: July 21, 2010
                              /S/ Dennis S. Waks for
                              TODD D. LERAS
                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: July 22, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT