```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RICHARD KLATT
 6                   IN THE UNITED STATES DISTRICT COURT

 7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

 8  UNITED STATES OF AMERICA,       ) No. CR-S-05-462 LKK
                                    )
 9              Plaintiff,          )
                                    ) STIPULATION AND ORDER
10      v.                          )
                                    )
11  RICHARD KLATT,                  ) Date:  November 9, 2010
                                    ) Time:  9:15 a.m.
12              Defendant.          ) Judge: Hon. Lawrence K. Karlton
    _____ )
13
```

14      IT IS HEREBY STIPULATED by and between the parties through their

15 respective counsel, TODD D. LERAS, Assistant United States Attorney,

16 attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant

17 Federal Defender, attorney for defendant, that the current Status

18 Conference date of September 28, 2010, be vacated and rescheduled for

19 November 9, 2010, at 9:15 a.m., for a status conference/change of plea.

20      Mr. Klatt presently has type I diabetes and Crohn's disease.  In

21 addition, Mr. Klatt has had at least four lumbar spinal procedures and

22 numerous posterior cervical spine fusions.  Additional surgeries on Mr.

23 Klatt's lower back will be necessary because he has ongoing pain in his

24 back, numbness in one leg and shooting pain in the other.  Mr. Klatt

25 was released from the hospital after having surgery where part of his

26 intestines and colon were removed; he has not completely healed from

27 this surgery.  The defendant's doctor has advised counsel in writing

28 that Mr. Klatt's "serious medical conditions... are not improving as

1  expected...". Because of these procedures, the defendant has been
2  unable to assist counsel.
3      Lastly, the government is in the process of preparing a plea
4  agreement and defense counsel will need additional time to review the
5  agreement with the defendant once it has been received.
6      It is further stipulated and agreed to between the parties that
7  the period from the date of this order to November 9, 2010, should be
8  excluded in computing the time within which the trial of the above
9  criminal prosecution must commence for purposes of the Speedy Trial
10 Act.  All parties stipulate and agree that this is an appropriate
11 exclusion of time within the meaning of Title 18, United States Code,
12 §3161(h)(4) [Local Code N] (period of physical incompetence of
13 defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4].
14 (Reasonable time to prepare).
15 DATED: September 23, 2010        Respectfully submitted,
16                                  DANIEL BRODERICK
                                    Federal Defender
17
                                    /s/ Dennis S. Waks
18                                  DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
19                                  Attorney for Defendant
                                    RICHARD KLATT
20
                                    BENJAMIN B. WAGNER
21                                  United States Attorney
   DATED: September 23, 2010
22                                  /S/ Dennis S. Waks for
                                    TODD D. LERAS
23                                  Assistant U.S. Attorney
24                                  **ORDER**
25     **IT IS SO ORDERED.**
26 DATED: September 28, 2010
27                                  _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
28                                  UNITED STATES DISTRICT COURT

2