```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RICHARD KLATT
 6                  IN THE UNITED STATES DISTRICT COURT

 7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

 8  UNITED STATES OF AMERICA,      ) No. CR-S-05-462 LKK
                                   )
 9             Plaintiff,          )
                                   ) STIPULATION AND ORDER
10       v.                        )
                                   )
11  RICHARD KLATT,                 ) Date: December 7, 2010
                                   ) Time: 9:15 a.m.
12             Defendant.          ) Judge: Hon. Lawrence K. Karlton
    _____)
13
```

14       IT IS HEREBY STIPULATED by and between the parties through their

15  respective counsel, TODD D. LERAS, Assistant United States Attorney,

16  attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant

17  Federal Defender, attorney for defendant, that the current Status

18  Conference date of November 9, 2010, be vacated and rescheduled for

19  December 7, 2010, at 9:15 a.m., for a status conference/change of plea.

20       Mr. Klatt presently has type I diabetes and Crohn's disease.  In

21  addition, Mr. Klatt has had at least four lumbar spinal procedures and

22  numerous posterior cervical spine fusions.  Additional surgeries on Mr.

23  Klatt's lower back will be necessary because he has ongoing pain in his

24  back, numbness in one leg and shooting pain in the other.  Mr. Klatt

25  was released from the hospital after having surgery where part of his

26  intestines and colon were removed; he has not completely healed from

27  this surgery.  The defendant's doctor has advised counsel in writing

28  that Mr. Klatt's "serious medical conditions... are not improving as

1 expected...". Because of these procedures, the defendant has been
2 unable to assist counsel.
3     Lastly, the government is in the process of preparing a plea
4 agreement and defense counsel will need additional time to review the
5 agreement with the defendant once it has been received.
6     It is further stipulated and agreed to between the parties that
7 the period from the date of this order to December 7, 2010, should be
8 excluded in computing the time within which the trial of the above
9 criminal prosecution must commence for purposes of the Speedy Trial
10 Act.  All parties stipulate and agree that this is an appropriate
11 exclusion of time within the meaning of Title 18, United States Code,
12 §3161(h)(4) [Local Code N] (period of physical incompetence of
13 defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4].
14 (Reasonable time to prepare).

Dated:   November 2, 2010        Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ Dennis S. Waks
                                 DENNIS S. WAKS
                                 Supervising Assistant Federal Defender
                                 Attorney for Defendant
                                 RICHARD KLATT

                                 BENJAMIN B. WAGNER
                                 United States Attorney
DATED: November 2, 2010
                                 /S/ Dennis S. Waks for
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

                        **ORDER**

    **IT IS SO ORDERED.**

DATED: November 3, 2010

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

2