1   DANIEL BRODERICK, Bar # 89424
    Federal Defender
2   DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    RICHARD KLATT
6                   IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,      )  No. CR-S-05-462 LKK
                                   )
9                  Plaintiff,      )
                                   )  STIPULATION AND ORDER
10       v.                        )
                                   )
11  RICHARD KLATT,                 )  Date:  March 8, 2011
                                   )  Time:  9:15 a.m.
12                 Defendant.      )  Judge: Hon. Lawrence K. Karlton
                                   )
13  _____)

14       IT IS HEREBY STIPULATED by and between the parties through their

15  respective counsel, TODD D. LERAS, Assistant United States Attorney,

16  attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant

17  Federal Defender, attorney for defendant, that the current Status

18  Conference date of January 25, 2011, be vacated and rescheduled for

19  March 8, 2011, at 9:15 a.m., for a change of plea.

20       Mr. Klatt presently has type I diabetes and Crohn's disease.  In

21  addition, Mr. Klatt has had at least four lumbar spinal procedures and

22  numerous posterior cervical spine fusions.  Additional surgeries on Mr.

23  Klatt's lower back will be necessary because he has ongoing pain in his

24  back, numbness in one leg and shooting pain in the other.  Mr. Klatt

25  was released from the hospital after having surgery where part of his

26  intestines and colon were removed; he has not completely healed from

27  this surgery.  The defendant's doctor has advised counsel in writing

28  that Mr. Klatt's "serious medical conditions... are not improving as

1  expected...".  Because of these procedures, the defendant has been

2  unable to assist counsel.

3      Lastly, the government has prepared a plea agreement however,

4  defense counsel will need additional time to review the agreement and

5  go over it with the defendant.

6      It is further stipulated and agreed to between the parties that

7  the period from the date of this order to March 8, 2011, should be

8  excluded in computing the time within which the trial of the above

9  criminal prosecution must commence for purposes of the Speedy Trial

10  Act.  All parties stipulate and agree that this is an appropriate

11  exclusion of time within the meaning of Title 18, United States Code,

12  §3161(h)(4) [Local Code N] (period of physical incompetence of

13  defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4].

14  (Reasonable time to prepare).

15  Dated: January 20, 2011          Respectfully submitted,

16                                   DANIEL BRODERICK
                                     Federal Defender
17
                                     /s/ Dennis S. Waks
18                                   DENNIS S. WAKS
                                     Supervising Assistant Federal Defender
19                                   Attorney for Defendant
                                     RICHARD KLATT
20
                                     BENJAMIN B. WAGNER
21                                   United States Attorney
   Dated: January 20, 2011
22                                   /S/ Dennis S. Waks for
                                     TODD D. LERAS
23                                   Assistant U.S. Attorney

24                                        **ORDER**

25      **IT IS SO ORDERED.**

26  DATED: January 25, 2011

27                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
28                                   UNITED STATES DISTRICT COURT