DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-462 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| RICHARD KLATT, | ) Date: April 19, 2011 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of March 8, 2011, be vacated and rescheduled for April 19, 2011, at 9:15 a.m., for a change of plea.

Mr. Klatt presently has type I diabetes and Crohn's disease. In addition, Mr. Klatt has had at least four lumbar spinal procedures and numerous posterior cervical spine fusions. Additional surgeries on Mr. Klatt's lower back will be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other. Mr. Klatt was released from the hospital after having surgery where part of his intestines and colon were removed; he has not completely healed from this surgery. The defendant's doctor has advised counsel in writing that Mr. Klatt's "serious medical conditions... are not improving as

1  expected...".  Because of these procedures, the defendant has been
2  unable to assist counsel.
3      Lastly, the government has prepared a plea agreement however,
4  defense counsel will need additional time to review the agreement and
5  go over it with the defendant.
6      It is further stipulated and agreed to between the parties that
7  the period from the date of this order to April 19, 2011, should be
8  excluded in computing the time within which the trial of the above
9  criminal prosecution must commence for purposes of the Speedy Trial
10 Act.  All parties stipulate and agree that this is an appropriate
11 exclusion of time within the meaning of Title 18, United States Code,
12 §3161(h)(4) [Local Code N] (period of physical incompetence of
13 defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4].
14 (Reasonable time to prepare).

15 Dated: March 3, 2011           Respectfully submitted,

16                                DANIEL BRODERICK
                                  Federal Defender
17
                                  /s/ Dennis S. Waks
18                                DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
19                                Attorney for Defendant
                                  RICHARD KLATT
20
                                  BENJAMIN B. WAGNER
21 Dated: March 3, 2011           United States Attorney

22                                /S/ Dennis S. Waks for
                                  TODD D. LERAS
23                                Assistant U.S. Attorney

24                         **ORDER**

25     **IT IS SO ORDERED.**

26 DATED: March 7, 2011

27                                _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
28                                UNITED STATES DISTRICT COURT

2