DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-462 LKK |
| Plaintiff, | |
| | AMENDED STIPULATION AND ORDER |
| v. | |
| RICHARD KLATT, | Date: December 20, 2011 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of October 18, 2011, be vacated and rescheduled for December 20, 2011, at 9:15 a.m., for a change of plea.

Mr. Klatt presently has type I diabetes and Crohn's disease.  In addition, Mr. Klatt has had at least ten lumbar spinal procedures and posterior cervical spine fusions.  Additional surgeries on Mr. Klatt's lower back will be necessary because he has ongoing pain in his back,

1  numbness in one leg and shooting pain in the other.  Mr. Klatt was
2  released from the hospital after having surgery where part of his
3  intestines and colon were removed; he has not completely healed from
4  this surgery.  The defendant's doctor has advised counsel in writing
5  that Mr. Klatt's "serious medical conditions... are not improving as
6  expected...".  Because of these procedures, the defendant has been
7  unable to assist counsel.
8       Lastly, the government has prepared a plea agreement however,
9  defense counsel will need additional time to review the agreement and
10 go over it with the defendant.
11      It is further stipulated and agreed to between the parties that
12 the period from the date of this order to December 20, 2011, should be
13 excluded in computing the time within which the trial of the above
14 criminal prosecution must commence for purposes of the Speedy Trial
15 Act.  All parties stipulate and agree that this is an appropriate
16 exclusion of time within the meaning of Title 18, United States Code,
17 §3161(h)(4) [Local Code N] (period of physical incompetence of
18 defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4].
19 (Reasonable time to prepare).

21 Dated: October 12, 2011    Respectfully submitted,

22                                 DANIEL BRODERICK
                                   Federal Defender
23
                                   /s/ Dennis S. Waks
24                                 DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
25                                 Attorney for Defendant
                                   RICHARD KLATT
26

27
                                   BENJAMIN B. WAGNER
28 Dated: October 12, 2011    United States Attorney

2

/S/ Dennis S. Waks for
TODD D. LERAS
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 18, 2011, status conference hearing be continued to December 20, 2011 at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 20, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare and Title 18, United States Code, §3161(h)(4) [Local Code N] (period of physical incompetence of defendant to stand trial).

**IT IS SO ORDERED.**

DATED: October 13, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3