DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-462 LKK |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| RICHARD KLATT, | ) |
| | ) Date:  February 7, 2012 |
| Defendant. | ) Time:  9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |

        IT IS HEREBY STIPULATED by and between the parties through their

respective counsel, TODD D. LERAS, Assistant United States Attorney,

attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant

Federal Defender, attorney for defendant, that the current Status

Conference date of December 20, 2011, be vacated and rescheduled for

February 7, 2012, at 9:15 a.m., for a change of plea.

        Mr. Klatt presently has type I diabetes and Crohn's disease.  In

addition, Mr. Klatt has had at least ten lumbar spinal procedures and

posterior cervical spine fusions.  Additional surgeries on Mr. Klatt's

lower back will be necessary because he has ongoing pain in his back,

numbness in one leg and shooting pain in the other.  Mr. Klatt was

released from the hospital after having surgery where part of his

intestines and colon were removed; he has not completely healed from

1    this surgery.  The defendant's doctor has advised counsel in writing

2    that Mr. Klatt's "serious medical conditions... are not improving as

3    expected...".  Because of these procedures, the defendant has been

4    unable to assist counsel.

5         Lastly, the government has prepared a plea agreement however,

6    defense counsel will need additional time to review the agreement and

7    go over it with the defendant.

8         It is further stipulated and agreed to between the parties that

9    the period from the date of this order to February 7, 2012, should be

10   excluded in computing the time within which the trial of the above

11   criminal prosecution must commence for purposes of the Speedy Trial

12   Act.  All parties stipulate and agree that this is an appropriate

13   exclusion of time within the meaning of Title 18, United States Code,

14   §3161(h)(4) [Local Code N] (period of physical incompetence of

15   defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4].

16   (Reasonable time to prepare).

17        The Court finds that the ends of justice to be served by granting

18   a continuance outweigh the best interest of the public and the

19   defendant in a speedy trial.

20   Dated: December 15, 2011    Respectfully submitted,

21                               DANIEL BRODERICK
                                 Federal Defender
22
                                 /s/ Dennis S. Waks
23                               DENNIS S. WAKS
                                 Supervising Assistant Federal Defender
24                               Attorney for Defendant
                                 RICHARD KLATT
25
                                 BENJAMIN B. WAGNER
26   Dated: December 15, 2011    United States Attorney

27                               /S/ Dennis S. Waks for
                                 TODD D. LERAS
28                               Assistant U.S. Attorney
     / / /

                                      2

**ORDER**

For Good cause appearing

**IT IS ORDERED** that this matter is continued to February 7, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from December 20, 2011, up to and including February 7, 2012, is excluded pursuant to Title 18, United States Code, §3161(h)(4) [Local Code N] (period of physical incompetence of defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare); and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 16, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3