```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-462 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| RICHARD KLATT, | ) |
| | ) Date: February 28, 2012 |
| Defendant. | ) Time: 9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, TODD D. LERAS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 7, 2012, be vacated and rescheduled for February 28, 2012, at 9:15 a.m., for a change of plea.

    Mr. Klatt presently has type I diabetes and Crohn's disease. In addition, Mr. Klatt has had at least ten lumbar spinal procedures and posterior cervical spine fusions. Additional surgeries on Mr. Klatt's lower back may be necessary because he has ongoing pain in his back, numbness in one leg and shooting pain in the other. Mr. Klatt was released from the hospital after having surgery where part of his intestines and colon were removed; he has not completely healed from

this surgery.  The defendant's doctor has advised counsel in writing that Mr. Klatt's "serious medical conditions... are not improving as expected...".  Because of these procedures, the defendant has been unable to assist counsel.

Lastly, the government has prepared a plea agreement however, defense counsel will need additional time to review the agreement and go over it with the defendant.

It is further stipulated and agreed to between the parties that the period from the date of this order to February 28, 2012, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(4) [Local Code N] (period of physical incompetence of defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: February 2, 2012     Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
RICHARD KLATT

BENJAMIN B. WAGNER
Dated: February 2, 2012     United States Attorney

/S/ Dennis S. Waks for
TODD D. LERAS
Assistant U.S. Attorney

/ / /

2

**ORDER**

For Good cause appearing

**IT IS ORDERED** that this matter is continued to February 28, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from February 7, 2012, up to and including February 28, 2012, is excluded pursuant to Title 18, United States Code, §3161(h)(4) [Local Code N] (period of physical incompetence of defendant to stand trial) and §3161(h)(7)(B)(iv)[Local Code T4]. (Reasonable time to prepare); and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: February 2, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3