DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-462 LKK |
| Plaintiff, ) | |
| v. ) | ORDER EXONERATING BOND |
| RICHARD KLATT, ) | |
| Defendant. ) | |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

On November 28, 2005, an Agreement to Forfeit Property was signed and filed with the Court and three vehicle pink slips were posted as property for bond on behalf of defendant Richard Klatt.  Mr. Klatt was sentenced on May 15, 2012 to a term of probation for 36 months. Defense counsel is requesting that the court exonerate the Agreement to Forfeit Property and return the pink slips to the owners for the following vehicles:

1. RECEIPT number 204 10200 for Certificate of Title, registered owner Klatt, Richard Thomas, 72 Chevy, CA License Plate 66750L.

2. RECEIPT number 202-14667 for Certificate of Title CA #91751904 for vehicle #1D4GP25B03B169379 from Scott, Thomas E.

3. RECEIPT number 204 10201 for Certificate of Title, registered owner Kebort, Marylynn Lee, 02 Kia, CA License Plate 4YUJ876

1   The Court hereby orders that the Agreement to Forfeit Property
2   posted on behalf of Mr. Klatt in the United States District Court for
3   the Eastern District of California is EXONERATED and that the Clerk of
4   the Court release the pink slips to the owners of the vehicles listed
5   above.

6   Dated: June 7, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT